**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Nelson Alberto CONTRERAS-GELVES, | CIVIL ACTION<br>NO. 26-4429 |
| Petitioner, | |
| v. | |
| J.L. Jamison, et al., | |
| Respondents. | |

## ORDER

   **AND NOW**, this 10th day of August 2026, upon consideration of Petitioner's Motion to Enforce (Doc. No. 16), it is **ORDERED** that Respondents shall file a Response to the Motion (Doc. No. 16) by August 14, 2026.

BY THE COURT:

/s/ Joel H. Slomsky
_____
JOEL H. SLOMSKY, J.