**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Nelson Alberto CONTRERAS-GELVES,<br><br>Petitioner,<br><br>v.<br><br>J.L. Jamison, et al.,<br><br>Respondents. | CIVIL ACTION<br>NO. 26-4429 |

**ORDER**

**AND NOW**, this 3rd day of September 2026, upon receipt of the notification that Petitioner was given a bond hearing (Doc. No. 15), it is **ORDERED** that the Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky

JOEL H. SLOMSKY, J.